IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

VS.                                        **CRIMINAL NO. 3:15-cr-00067 HTW-FKB**

**IRB BENJAMIN**                                                              **DEFENDANT**

## NOTICE OF INTENT TO CHANGE PLEA TO GUILTY

COMES NOW the Defendant, IRB BENJAMIN, by and through his counsel of record, JOE M. HOLLOMON, and notifies the Court and the U.S. Attorney's office of Defendant's intent to change his plea to guilty on the charge brought against him by the government.

RESPECTFULLY SUBMITTED, this the 30th day of September, 2016.

                                             */s/ Joe M. Hollomon*
                                             JOE M. HOLLOMON, ATTORNEY FOR
                                             AND ON BEHALF OF IRB BENJAMIN

OF COUNSEL:

Joe M. Hollomon, Esq. (MSB No. 2551)
JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street
Post Office Box 22683
Jackson, Mississippi 39225-2683
Tel. 601-353-1300
Fax 601-353-1308
jhollomon@outlook.com
joehollomonlaw@yahoo.com

## CERTIFICATE OF SERVICE

I, Joe M. Hollomon, do hereby certify that I have this date electronically filed the foregoing *Notice of Intent to Change Plea to Guilty* with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the 30th day of September, 2016.

                                          */s/ Joe M. Hollomon*
                                          JOE M. HOLLOMON, ESQ.