IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

VS.                                           CRIMINAL NO. 3:15-cr-00067 HTW-FKB

IRB BENJAMIN                                                    DEFENDANT

## MOTION TO CONTINUE SENTENCING DATE

COMES NOW IRB BENJAMIN, Defendant herein, by and through undersigned counsel, and files this his 58Motion to Continue Sentencing Date in the above-styled cause, and in support thereof would show unto the Court as follows:

1.   That the sentencing in this case is presently scheduled for Monday, February 27, 2017, at 1:30 p.m.

2.   That the Defendant needs additional time prior to sentencing to gather pertinent records and documents, and to attend to medical issues.

3.   That based on the foregoing, counsel for the Defendant respectfully moves this Honorable Court to continue the sentencing date of Defendant Irb Benjamin to the next available date on the docket of this Court, for the foregoing reasons.

RESPECTFULLY SUBMITTED, this the   21st   day of   February  , 2017.

　　　　　　　　　　　　　　　　　　　　　　  /s/ Joe M. Hollomon
　　　　　　　　　　　　　　　　　　　　　　 JOE M. HOLLOMON, ATTORNEY FOR
　　　　　　　　　　　　　　　　　　　　　　 AND ON BEHALF OF IRB BENJAMIN

OF COUNSEL:

Joe M. Hollomon, Esq.  (MSB # 2551)
JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street
Post Office Box 22683
Jackson, Mississippi  39225-2683
Tel.  601-353-1300
Fax  601-353-1308
jhollomon@outlook.com
joehollomonlaw@yahoo.com

## CERTIFICATE OF SERVICE

I, Joe M. Hollomon, do hereby certify that I have this date electronically filed the foregoing *Motion to Continue Sentencing Date* with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the  21st  day of  February , 2017.

/s/ Joe M. Hollomon
JOE M. HOLLOMON, ESQ.