# U.S. Courts
## Case Inquiry Report
### Case Num: DMSS315CR000067;  Party Num: N/A;  Payee Code: N/A
### Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Case Number**　DMSS315CR000067　　　**Case Title**　USA V BENJAMIN

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY5982 | IRB BENJAMIN | PCCA4919 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | PTY5982 | IRB BENJAMIN | PCCA4919 | FINE-CRIME VICTIMS FUND | | 100,000.00 | 100,000.00 | 0.00 |
| 001 | PTY5982 | IRB BENJAMIN | PCCA4919 | RESTITUTION ASSETS FORFEITURE | | 260,782.00 | 260,782.00 | 0.00 |
| | | | | | | 360,882.00 | 360,882.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

# EXHIBIT A

10/11/2018 03:10 PM PDT                                                                 Version 7.1    Page  2    of  4

## U.S. Courts
### Case Inquiry Report
Case Num: DMSS315CR000067;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Detailed Party Information:**

| Party # | Party Code | Party Name |
|---|---|---|
| 001 | PTY5982 | IRB BENJAMIN |

**Debt Type**
SPECIAL PENALTY ASSESSMENT

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 504100 | | | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 100.00 | 0.00 | N/A | 100.00 |

FINE-CRIME VICTIMS FUND

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 504100 | 504100 | 109900 | N/A |
| **Owed** | 100,000.00 | 0.00 | 0.00 | 100,000.00 |
| **Collected** | 100,000.00 | 0.00 | 0.00 | 100,000.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 100,000.00 | 0.00 | N/A | 100,000.00 |

RESTITUTION ASSETS FORFEITURE

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 6855XX | 504100 | 109900 | N/A |
| **Owed** | 260,782.00 | 0.00 | 0.00 | 260,782.00 |
| **Collected** | 260,782.00 | 0.00 | 0.00 | 260,782.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |

**EXHIBIT A**

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DMSS315CR000067;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y**

| | | | | |
|---|---|---|---|---|
| **Available** | 260,782.00 | 0.00 | N/A | 260,782.00 |

**Totals**

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Owed** | 360,882.00 | 0.00 | 0.00 | 360,882.00 |
| **Collected** | 360,882.00 | 0.00 | 0.00 | 360,882.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 360,882.00 | 0.00 | N/A | 360,882.00 |

**EXHIBIT A**

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DMSS315CR000067;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y**

**Transaction Information:**

| Document Type/Number* | Debt Type Line# | Debt Type | Document Date | Accomplished Date | Line Type | Amount | Payee Line# | Depository Line# | J/S Account Code | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT 34643044536 DMSS315CR000067-001 | 1 | SPECIAL PENALTY ASSESSMENT | 04/20/2017 | 04/21/2017 | PR | 100.00 | | | | IRB BENJAMIN | O | 04 | 504100 |
| CT 34643044536 DMSS315CR000067-001 | 2 | FINE-CRIME VICTIMS FUND | 04/20/2017 | 04/21/2017 | PR | 100,000.00 | | | | IRB BENJAMIN | O | 04 | 504100 |
| CT 34643044536 DMSS315CR000067-001 | 3 | RESTITUTION ASSETS FORFEITURE | 04/20/2017 | 04/21/2017 | PR | 260,782.00 | | | | IRB BENJAMIN | O | 06 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

**EXHIBIT A**