IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 3:15cr67-HTW-FKB

IRB BENJAMIN

## ORDER FOR THE TRANSFER OF FUNDS

Before this Court is the United States of America's Motion to Transfer Funds to the United States Marshals Service. ECF No. 43. Having reviewed the United States of America's motion, this Court finds that it is well taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The Clerk of Court shall prepare an official check in the amount of **$260,782.00**, payable to the United States Marshals Service, with a notation that it is for Asset ID **# 17-FBI-001700**.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 2nd day of November, 2018.


                                                     s/ HENRY T. WINGATE
                                                     UNITED STATES DISTRICT JUDGE